*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DIRECTV, INC.

vs.                                                        NO. 3:03CV00153 SWW

LARRY CLIFF, ET AL

### ORDER OF DISMISSAL

Pursuant to communication from plaintiff's counsel on June 6, 2005, that this matter has been settled with defendant Larry Cliff,

IT IS THEREFORE ORDERED that all claims in this action against separate defendant Larry Cliff hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that there being no remaining defendants, this action hereby is dismissed in its entirety.

DATED this 12th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE